IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02960-MSK-MJW

ALBERT BENJAMIN HILL,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,
LOUIS CHARLES CABILING, M.D.,
LYNNE M. THOMPSON, N.P., and
FREDERICK STEINBERG, M.D.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Leave to File First Amended Complaint (Docket No. 17) is granted, and the tendered First Amended Complaint (Docket No. 17-1) is accepted for filing as of the date of this Minute Order.

Date: December 29, 2014