IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02960-MSK-MJW

ALBERT BENJAMIN HILL,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,
LOUIS CHARLES CABILING, M.D.,
LYNNE M. THOMPSON, N.P., and
FREDERICK STEINBERG, M.D.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Stipulated Motion for Protective Order (docket no. 35) is GRANTED finding good cause shown.  The written Protective Order (docket no. 35-1) is APPROVED as amended in paragraph 16 and made an Order of Court.

Date: April 6, 2015