IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02960-MSK-MJW

ALBERT BENJAMIN HILL,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
LOUIS CHARLES CABILING, M.D.,
LYNNE M. THOMPSON, N.P., and
FREDERICK STEINBERG, M.D.,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO CONDUCT DEPOSITION OF INCARCERATED INMATE PLAINTIFF PURSUANT TO FED. R. CIV. P. 30(a)(2)(B)**
(Docket No. 42)

---

THE COURT, having reviewed the Motion to Conduct Deposition of Incarcerated Inmate Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2)(B), being fully advised, and for good cause shown, HEREBY GRANTS the Motion. Defendants may conduct the deposition of Plaintiff Albert Hill, DOC #110516, on a date convenient for both the correctional facility where Mr. Hill is incarcerated and counsel for all of the parties.

DATED this 20th day of August, 2015.

BY THE COURT:

MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE