IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02960-MSK-MJW

ALBERT BENJAMIN HILL,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,
LOUIS CHARLES CABILING, M.D.,
LYNNE M. THOMPSON, N.P., and
FREDERICK STEINBERG, M.D.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Unopposed Motion to Modify Scheduling Order (Docket No. 45) is granted in part and denied in part.

The court notes that the Trial Preparation Order-Civil entered by Chief Judge Krieger on April 13, 2015 (Docket No. 41), provides that "[a] request to extend the dispositive motion deadline more than 30 days beyond the deadline originally set in the initial Scheduling Order must show **exceptional circumstances** warranting the extension." (Docket No. 41 at 2) (emphasis added).  Here, plaintiff has not shown the requisite exceptional circumstances to warrant extending the dispositive motion deadline from December 15, 2015, to February 15, 2016.  Accordingly, the Scheduling Order (Docket No. 40) is only amended as follows.  The expert disclosure deadline is now November 13, 2015.  The rebuttal expert disclosure is now December 14, 2015.  The discovery cut-off is now January 4, 2016.  The dispositive deadline is now January 15, 2016.

Date: September 22, 2015