IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02960-MSK-MJW

ALBERT BENJAMIN HILL,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,
LOUIS CHARLES CABILING, M.D.,
LYNNE M. THOMPSON, N.P., and
FREDERICK STEINBERG, M.D.,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that the Joint (Unopposed) Motion for Extension of Discovery Deadline and Deadline for Filing Motions Pursuant to F.R.E. [sic] 702 (Docket No. 52) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 40) is AMENDED such that the discovery deadline is now February 26, 2016, and the deadline for the filing of motions pursuant to Fed. R. Evid. 702 is March 11, 2016.

Date: January 4, 2016